# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES FETTER

        Defendant.

05 DEC 21 PM 5: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Cr. No. 2:05cr20446-1-B

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on _December 21, 2005_   The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: _B. Brown for: D. Holt_____ who is Retained/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
United States Magistrate Judge

Charges: 18:241(g) & 18:242
Firearms

Assistant U.S. Attorney assigned to case: PARKER

The defendant's age is: _34_.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-22-05

19

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20446 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT