IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20446-B |
| JAMES FETTER, | * | |
| Defendant. | * | |

---

### ORDER FOR MENTAL EVALUATION

---

Before this Court is a motion for defendant to undergo a psychological evaluation. The Court having found good cause and the parties agree, herewith **ORDERS** that:

Defendant James Fetter should be transferred to the Federal Medical Facility in Springfield, Missouri or any such facility that is available for an immediate mental examination to determine his competency to stand trial and his competency at the time of the alleged offense.

IT IS SO ORDERED this 21st day of **December, 2005**.

J. Daniel Breen
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20446 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT